

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-73,230-03

**EX PARTE TONY ZAMARRIPA, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2010CR9778-W1 IN THE 379TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam.* HERVEY and YEARY, JJ., not participating.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated kidnapping and sentenced to ten years' imprisonment. The Fourth Court of Appeals affirmed his conviction. *Zamarippa v. State*, No. 04-11-00331-CR (Tex. App. — San Antonio, May 16, 2012) (not designated for publication).

In this habeas application, Applicant alleges that he has newly discovered evidence of actual innocence, and that he received ineffective assistance of trial counsel. On September 8, 2015, the trial court held a habeas hearing, and on March 10, 2016, the trial court entered findings of fact and

conclusions of law.  The trial court recommended that relief be granted on the basis of actual innocence.

This Court has undertaken an independent review of all the evidence in the record, and has determined that Applicant has not met his burden of demonstrating that the newly discovered evidence, if true, creates a doubt as to the efficacy of the verdict sufficient to undermine confidence in the verdict and that it is probable that the verdict would be different on retrial.  *Ex parte Elizondo*, 947 S.W.2d 202, 208 (Tex. Crim. App. 1996).  Therefore, based on this Court's independent review of the entire record, we deny relief.


Filed: September 21, 2016
Do not publish